**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| ANITA I. CROOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| ASCENA RETAIL GROUP, INC. | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |
| | ) | |

**COMPLAINT**

# EXHIBIT B

get email/text updates | my account | customer service | shopping bag: [0 items]

**StoreLocator**

Recently Viewed

Live Chat sorry, offline

Search [go]

**maurices**

collections & trends ▼ | jeans ▼ | tops ▼ | bottoms ▼ | dresses ▼ | plus sizes ▼ | shoes & accessories ▼ | sale ▼

home > shoes & accessories > handbags > croco handbag organizer

Complete the look






★★★★★

## Croco Handbag Organizer

**$12.00**

Color:

Please select ▼

Size:
▼

**Availability**
In stock, leaves warehouse in 1-2 full bus. days.

Qty: [1]

ship to store

**add to shopping bag** ^

⊕ add to wish list   ✉ email a friend

| description | size chart | reviews |

This organizer will soon be your favorite accessory. It slips inside your handbag and features outside pockets for your cell phone, camera, and card slots for ID cards, and cash. Inside the snap closure you will find lots of room divided into three compartments for keeping cosmetics, keys, and other necessities. It'll never be a hassle to change purses again! Imported.

**Features:**
- 8"l x 6"w x 2.5"d



